GIZELLA ZONERAICH, M.D. v. OVERLOOK HOSPITAL, ET AL.

November 10, 1986.

Petition for certification denied.   (See 212 *N.J.Super.* 83)

ANA RIVERA, ETC. v. WESTINGHOUSE ELEVATOR COMPANY.

November 10, 1986.

Petition for certification granted.   (See 209 *N.J.Super.* 543)

ROBERT CLOWES v. TERMINIX INTERNATIONAL, INC.

November 10, 1986.

Petition for certification granted.